# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| U.S. Equal Employment Opportunity Commission | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 25-cv-1480 |
| Walmart, Inc. | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Equal Employment Opportunity Commission.

Date:    09/25/2025

s/ Justin Mulaire
*Attorney's signature*

Justin Mulaire (IL Bar No. 6288437)
*Printed name and bar number*

U.S. Equal Employment Opportunity Commission
230 S. Dearborn St., Ste. 2920
Chicago, IL  60604

*Address*

justin.mulaire@eeoc.gov
*E-mail address*

(312) 872-9666
*Telephone number*

*FAX number*