# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin    ▼

| | | |
|---|---|---|
| U.S. Equal Employment Opportunity Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-cv-1480 |
| Walmart, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Equal Employment Opportunity Commission                                        .

Date:      09/25/2025

/s/ Leslie N. Carter
*Attorney's signature*

Leslie N. Carter (IL Bar No. 6311023
*Printed name and bar number*
310 W. Wisconsin Ave, Ste 500,
Milwaukee, WI 53203


*Address*

leslie.carter@eeoc.gov
*E-mail address*

(414) 662-3711
*Telephone number*


*FAX number*