# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| U.S. Equal Employment Opportunity Commission<br>*Plaintiff* | ) ) ) | |
| v. | ) | Case No. 2:25-cv-01480 |
| Walmart Inc.<br>*Defendant* | ) ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

Plaintiff Equal Employment Opportunity Commission .

Date: 09/26/2025

s/Carrie Vance
*Attorney's signature*

Carrie Vance (WI Bar No. 1056606)
*Printed name and bar number*
EEOC Milwaukee Area Office
310 W. Wisconsin Avenue, Suite 500
Milwaukee, WI 53203
*Address*

carrie.vance@eeoc.gov
*E-mail address*

(414) 662-3686
*Telephone number*

(414) 297-4133
*FAX number*